Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 15−12155−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Costa
17 Clover Lane South
Vernon, NJ 07462

Catherine M. Costa
17 Clover Lane South
Vernon, NJ 07462

Social Security No.:
  xxx−xx−1456                              xxx−xx−6080

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date: 2/16/17
Time: 02:00 PM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Melinda D. Middlebrooks, Debtor's Attorney

COMMISSION OR FEES
Fee: $1,230.00

EXPENSES
$64.73

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 23, 2017
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-12155-VFP
Michael Costa                                                           Chapter 13
Catherine M. Costa
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Jan 23, 2017
                              Form ID: 137             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
db/jdb         +Michael Costa,   Catherine M. Costa,    17 Clover Lane South,    Vernon, NJ 07462-3031
cr             +Nationstar Mortgage LLC,   Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                 Suite 302,   Roseland, NJ 07068-1640
cr             +Robertson, Anschutz & Schneid P.I.,   Ocwen Loan Servicing LLC,    Bankruptcy Department,
                 6409 Congress Ave., Ste 100,   Boca Raton, FL 33487-2853
515316852       BP Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
515316849      +Bank of America Home Loans,   PO Box 5170,   Simi Valley, CA 93062-5170
515316853       Capital One Bank (USA), NA,   PO Box 71083,   Charlotte, NC 28272-1083
515474163       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
515500093       Capital One, N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
515316854      +Care Regional Medical Center,   #2 Stone Harbor Blvd.,    Cape May Court House, NJ 08210-2138
515333345      +Citizens Auto Finance Inc. fka rbs citizens na,    443 Jefferson Blvd,   RJW 135,
                 Warwick RI 02886-1321
515316855      +Collections & Recoveries, Inc.,   PO Box 35,   Northfield, NJ 08225-0035
515316856       Credit First - Firestone,   P.O. Box 81344,   Cleveland, OH 44188-0344
515488281      +Credit First NA,   PO Box 818011,   Clleveland, OH 44181-8011
515316858     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,    c/o DFS Customer Care Department,
                 P.O. Box 81577,   Austin, TX 78708-1577)
515316859       Gettington.Com,   PO Box 166,   Newark, NJ 07101-0166
515879468     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE, LLC,    PO BOX 619096,   DALLAS, TX 75261-9741)
516333064      +Nationstar Mortgage LLC,   Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton, FL 33487-2853
515316864       RBS Citizens, NA,   PO Box 42113,   Providence, RI 02940-2113
515316865      +Stacey Costa,   27 Thomas Street,   Clifton, NJ 07013-1026
515316867       Target Card Services,   P.O. Box 660170,   Dallas, TX 75266-0170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2017 23:58:51     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2017 23:58:48     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515316850      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2017 23:55:40
                 Best Buy Credit Services,   c/o Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541-1067
515523021      +E-mail/Text: bncmail@w-legal.com Jan 23 2017 23:59:00     COMENITY CAPITAL BANK,
                 C/O WEINSTEIN & RILEY, P.S.,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515509479      +E-mail/Text: bnc@bass-associates.com Jan 23 2017 23:57:51     Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Suite 200,   Tucson, AZ 85712-1083
515477551      +E-mail/Text: bankruptcy@cavps.com Jan 23 2017 23:59:15     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
515316857      +E-mail/Text: creditonebknotifications@resurgent.com Jan 23 2017 23:58:03     Credit One Bank,
                 P.O. Box 98873,   Las Vegas, NV 89193-8873
516450609      +E-mail/Text: cio.bncmail@irs.gov Jan 23 2017 23:58:25     Department of Treasury,
                 Internal Revenue Service,   P O Box 7346,   Philadelphia, PA 19101-7346
515316860       E-mail/Text: bnckohlsnotices@becket-lee.com Jan 23 2017 23:58:11     Kohl's,   P.O. Box 3043,
                 Milwaukee, WI 53201-3043
515558646       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2017 23:55:22
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
515316861       E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2017 23:55:17     Lowe's/Synchrony Bank,
                 PO Box 530914,   Atlanta, GA 30353-0914
515567761       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2017 23:56:40
                 Portfolio Recovery Associates, LLC,   c/o Amazon.com Store Card,   POB 41067,
                 Norfolk VA 23541
515565159       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2017 00:13:04
                 Portfolio Recovery Associates, LLC,   c/o Best Buy,   POB 41067,   Norfolk VA 23541
515565433       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2017 23:56:16
                 Portfolio Recovery Associates, LLC,   c/o Lowes,   POB 41067,   Norfolk VA 23541
515567742       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2017 00:13:12
                 Portfolio Recovery Associates, LLC,   c/o Paypal Smart Connect,   POB 41067,
                 Norfolk VA 23541
515567750       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2017 00:13:11
                 Portfolio Recovery Associates, LLC,   c/o Qcard,   POB 41067,   Norfolk VA 23541
515565157       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2017 23:56:41
                 Portfolio Recovery Associates, LLC,   c/o Walmart Credit Card,   POB 41067,   Norfolk VA 23541
515316862       E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2017 23:55:52     PayPal Smart Connect,
                 P.O. Box 960080,   Orlando, FL 32896-0080
515316863       E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2017 23:55:17     QVC, Inc.,   Customer Service,
                 1200 Wilson Drive at Studio Park,   West Chester, PA 19380
515316866       E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2017 23:55:52     Synchrony Bank/Amazon,
                 PO Box 960013,   Orlando, FL 32896-0013

```
District/off: 0312-2           User: admin              Page 2 of 2               Date Rcvd: Jan 23, 2017
                               Form ID: 137             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515366675        +E-mail/Text: bncmail@w-legal.com Jan 23 2017 23:59:00      TD BANK USA, N.A.,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515316868         E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2017 23:55:52      Walmart/Synchrony Bank,
                  PO Box 530927,   Atlanta, GA 30353-0927
                                                                                             TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*              Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA  93062-5170
515553993*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                  PO Box 10390,   Greenville, SC 29603-0390)
516440518*       Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
515559229*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy Department,
                  PO Box 619096,   Dallas, Texas 75261-9741)
515567739*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    c/o Best Buy,   POB 41067,
                  Norfolk VA 23541)
515316851       ##Best Buy Credit Services,    PO Box 183195,    Columbus, OH 43218-3195
                                                                                     TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Jessica M. Minneci    on behalf of Debtor Michael  Costa jminneci@middlebrooksshapiro.com
              Jessica M. Minneci    on behalf of Joint Debtor Catherine M. Costa jminneci@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Joint Debtor Catherine M. Costa jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Debtor Michael  Costa jshapiro@middlebrooksshapiro.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Joint Debtor Catherine M. Costa
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Debtor Michael  Costa middlebrooks@middlebrooksshapiro.com,
               melindamiddlebrooks@gmail.com
              R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Loss Mitigation    Bank of America Home Loans bankruptcy@feinsuch.com
                                                                                             TOTAL: 11
```