| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MIDDLEBROOKS SHAPIRO, P.C.<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>(973) 218-6877<br>middlebrooks@middlebrooksshapiro.com<br>Melinda D. Middlebrooks, Esq.<br>Counsel for the Chapter 13 Debtors,<br>Michael and Catherine M. Costa | Order Filed on February 24, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MICHAEL and CATHERINE M. COSTA,<br><br>Chapter 13 Debtors. | Case No.:    15-12155 (VFP)<br><br>Chapter:    13<br><br>Judge:    Vincent F. Papal |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 24, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro P.C._____, the applicant, is allowed a fee of $ ____1,230.00____ for services rendered and expenses in the amount of $____64.73____ for a total of $____1,294.73____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____----____ per month for ____----____ months to allow for payment of the above fee.

No modification of the Debtors' Chapter 13 Plan is necessary.  Debtors retained firm and paid a partial $1,250.00 retainer and filing fee of $310.00, with the balance of the retainer to be paid through the Chapter 13 plan. Firm seeks payment of supplemental fees and expenses in the total sum of $1,294.73, consisting of $1,230.00 in supplemental fees and reimbursement of expenses in the sum of $64.73 to be paid as through the Chapter 13 plan as an administrative expense by the Chapter 13 trustee.
 This Order survives the dismissal or conversion of the Debtors' Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtors' Chapter 13 case.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Costa  
Catherine M. Costa  
    Debtors

Case No. 15-12155-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Feb 24, 2017  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2017.  
db/jdb    +Michael Costa,   Catherine M. Costa,   17 Clover Lane South,   Vernon, NJ 07462-3031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017               Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2017 at the address(es) listed below:

    Denise E. Carlon   on behalf of Creditor   NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC cmecf@sternlav.com  
    Jessica M. Minneci   on behalf of Debtor Michael Costa jminneci@middlebrooksshapiro.com  
    Jessica M. Minneci   on behalf of Joint Debtor Catherine M. Costa jminneci@middlebrooksshapiro.com  
    Joseph M. Shapiro   on behalf of Joint Debtor Catherine M. Costa jshapiro@middlebrooksshapiro.com  
    Joseph M. Shapiro   on behalf of Debtor Michael Costa jshapiro@middlebrooksshapiro.com  
    Marie-Ann Greenberg   magecf@magtrustee.com  
    Melinda D. Middlebrooks   on behalf of Debtor Michael Costa middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
    Melinda D. Middlebrooks   on behalf of Joint Debtor Catherine M. Costa middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
    R. A. Lebron   on behalf of Creditor   BANK OF AMERICA, N.A. bankruptcy@feinsuch.com  
    R. A. Lebron   on behalf of Loss Mitigation   Bank of America Home Loans bankruptcy@feinsuch.com  
                                                                                                                           TOTAL: 11