| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>MIDDLEBROOKS SHAPIRO, P.C.<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>(973) 218-6877<br>Melinda D. Middlebrooks, Esq.<br>middlebrooks@middlebrooksshapiro.com<br>Counsel for the Chapter 13 Debtors,<br>Michael and Catherine M. Costa | Order Filed on June 22, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MICHAEL and CATHERINE M. COSTA,<br><br>Chapter 13 Debtors. | Case No.:   15-12155 (VFP)<br><br>Chapter:         13<br><br>Judge:    Vincent F. Papal |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 22, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro P.C._____, the applicant, is allowed a fee of $ _____715.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____715.00_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____----_____ per month for _____----_____ months to allow for payment of the above fee.

No modification of the Debtors' Chapter 13 Plan is necessary.  Debtors retained firm and paid a partial $1,250.00 retainer and filing fee of $310.00, with the balance of the retainer to be paid through the Chapter 13 plan. Firm seeks payment of supplemental fees and expenses in the total sum of $715.00, consisting of $715.00 in supplemental fees and reimbursement of expenses in the sum of $0.00 to be paid as through the Chapter 13 plan as an administrative expense by the Chapter 13 trustee.
 This Order survives the dismissal or conversion of the Debtors' Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtors' Chapter 13 case.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Costa  
Catherine M. Costa  
    Debtors

Case No. 15-12155-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 23, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2017.  
db/jdb        +Michael Costa,    Catherine M. Costa,    17 Clover Lane South,    Vernon, NJ 07462-3031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2017 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
         Jessica M. Minneci    on behalf of Debtor Michael   Costa jminneci@middlebrooksshapiro.com  
         Jessica M. Minneci    on behalf of Joint Debtor Catherine M. Costa jminneci@middlebrooksshapiro.com  
         Joseph M. Shapiro    on behalf of Joint Debtor Catherine M. Costa jshapiro@middlebrooksshapiro.com  
         Joseph M. Shapiro    on behalf of Debtor Michael   Costa jshapiro@middlebrooksshapiro.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Melinda D. Middlebrooks    on behalf of Debtor Michael   Costa middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
         Melinda D. Middlebrooks    on behalf of Joint Debtor Catherine M. Costa middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
         R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com  
         R. A. Lebron    on behalf of Loss Mitigation    Bank of America Home Loans bankruptcy@feinsuch.com  
                                                                          TOTAL: 11