**Information to identify the case:**

| Debtor 1 | Michael Costa | | Social Security number or ITIN | xxx–xx–1456 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Catherine M. Costa | | Social Security number or ITIN | xxx–xx–6080 |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   15–12155–VFP

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Costa                                  Catherine M. Costa

5/8/19                                          **By the court:** Vincent F. Papalia
                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                             Case No. 15-12155-VFP
Michael Costa                                                      Chapter 13
Catherine M. Costa
        Debtors
                                      CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 3                   Date Rcvd: May 08, 2019
                              Form ID: 3180W               Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db/jdb         +Michael Costa,    Catherine M. Costa,    17 Clover Lane South,    Vernon, NJ 07462-3031
cr             +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                 Suite 302,    Roseland, NJ 07068-1640
cr             +Robertson, Anschutz & Schneid P.I.,    Ocwen Loan Servicing LLC,    Bankruptcy Department,
                 6409 Congress Ave., Ste 100,    Boca Raton, FL 33487-2853
515316854      +Care Regional Medical Center,    #2 Stone Harbor Blvd.,    Cape May Court House, NJ 08210-2138
515333345      +Citizens Auto Finance Inc. fka rbs citizens na,    443 Jefferson Blvd,    RJW 135,
                 Warwick RI 02886-1321
515316855      +Collections & Recoveries, Inc.,    PO Box 35,    Northfield, NJ 08225-0035
515879468     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  NATIONSTAR MORTGAGE, LLC,    PO BOX 619096,    DALLAS, TX 75261-9741)
516333064      +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton, FL 33487-2853
515316864       RBS Citizens, NA,    PO Box 42113,    Providence, RI 02940-2113
515316865      +Stacey Costa,    27 Thomas Street,    Clifton, NJ 07013-1026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 09 2019 00:22:05     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 09 2019 00:22:02     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515316852       EDI: CHASE.COM May 09 2019 03:48:00     BP Cardmember Service,    PO Box 15153,
                 Wilmington, DE 19886-5153
515316849      +EDI: BANKAMER.COM May 09 2019 03:48:00     Bank of America Home Loans,    PO Box 5170,
                 Simi Valley, CA 93062-5170
515316850      +EDI: PRA.COM May 09 2019 03:48:00     Best Buy Credit Services,
                 c/o Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
515523021      +E-mail/Text: bncmail@w-legal.com May 09 2019 00:22:11      COMENITY CAPITAL BANK,
                 C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515316853       EDI: CAPITALONE.COM May 09 2019 03:48:00     Capital One Bank (USA), NA,    PO Box 71083,
                 Charlotte, NC 28272-1083
515474163       EDI: BL-BECKET.COM May 09 2019 03:48:00     Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
515500093       EDI: CAPITALONE.COM May 09 2019 03:48:00     Capital One, N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
515509479      +EDI: BASSASSOC.COM May 09 2019 03:48:00     Cavalry SPV I, LLC,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Suite 200,    Tucson, AZ 85712-1083
515477551      +E-mail/Text: bankruptcy@cavps.com May 09 2019 00:22:22     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515316856       EDI: CRFRSTNA.COM May 09 2019 03:48:00     Credit First - Firestone,    P.O. Box 81344,
                 Cleveland, OH 44188-0344
515488281      +EDI: CRFRSTNA.COM May 09 2019 03:48:00     Credit First NA,    PO Box 818011,
                 Clleveland, OH 44181-8011
515316857      +EDI: RCSFNBMARIN.COM May 09 2019 03:48:00     Credit One Bank,    P.O. Box 98873,
                 Las Vegas, NV 89193-8873
515316858       EDI: RCSDELL.COM May 09 2019 03:48:00     Dell Financial Services,
                 c/o DFS Customer Care Department,    P.O. Box 81577,    Austin, TX 78708-1577
516450609      +EDI: IRS.COM May 09 2019 03:48:00     Department of Treasury,    Internal Revenue Service,
                 P O Box 7346,    Philadelphia, PA 19101-7346
515316859       EDI: BLUESTEM May 09 2019 03:48:00     Gettington.Com,    PO Box 166,    Newark, NJ 07101-0166
515316860       E-mail/Text: bncnotices@becket-lee.com May 09 2019 00:21:08      Kohl's,    P.O. Box 3043,
                 Milwaukee, WI 53201-3043
515558646       EDI: RESURGENT.COM May 09 2019 03:48:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
515316861       EDI: RMSC.COM May 09 2019 03:48:00     Lowe's/Synchrony Bank,    PO Box 530914,
                 Atlanta, GA 30353-0914
515567761       EDI: PRA.COM May 09 2019 03:48:00     Portfolio Recovery Associates, LLC,
                 c/o Amazon.com Store Card,    POB 41067,    Norfolk VA 23541
515565159       EDI: PRA.COM May 09 2019 03:48:00     Portfolio Recovery Associates, LLC,    c/o Best Buy,
                 POB 41067,    Norfolk VA 23541
515565433       EDI: PRA.COM May 09 2019 03:48:00     Portfolio Recovery Associates, LLC,    c/o Lowes,
                 POB 41067,    Norfolk VA 23541
515567742       EDI: PRA.COM May 09 2019 03:48:00     Portfolio Recovery Associates, LLC,
                 c/o Paypal Smart Connect,    POB 41067,    Norfolk VA 23541
515567750       EDI: PRA.COM May 09 2019 03:48:00     Portfolio Recovery Associates, LLC,    c/o Qcard,
                 POB 41067,    Norfolk VA 23541
515565157       EDI: PRA.COM May 09 2019 03:48:00     Portfolio Recovery Associates, LLC,
                 c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
515316862       EDI: RMSC.COM May 09 2019 03:48:00     PayPal Smart Connect,    P.O. Box 960080,
                 Orlando, FL 32896-0080
```

```
District/off: 0312-2              User: admin                Page 2 of 3                  Date Rcvd: May 08, 2019
                                  Form ID: 3180W             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515316863         EDI: RMSC.COM May 09 2019 03:48:00      QVC, Inc.,    Customer Service,
                   1200 Wilson Drive at Studio Park,    West Chester, PA 19380
518133149        +E-mail/Text: bncmail@w-legal.com May 09 2019 00:22:11       SYNCHRONY BANK,
                   C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121,
                   SYNCHRONY BANK,    C/O WEINSTEIN & RILEY, PS 98121-3132
518133148        +E-mail/Text: bncmail@w-legal.com May 09 2019 00:22:11       SYNCHRONY BANK,
                   C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515316866         EDI: RMSC.COM May 09 2019 03:48:00      Synchrony Bank/Amazon,     PO Box 960013,
                   Orlando, FL 32896-0013
515366675        +E-mail/Text: bncmail@w-legal.com May 09 2019 00:22:11       TD BANK USA, N.A.,
                   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515316867         EDI: WTRRNBANK.COM May 09 2019 03:48:00      Target Card Services,    P.O. Box 660170,
                   Dallas, TX 75266-0170
515316868         EDI: RMSC.COM May 09 2019 03:48:00      Walmart/Synchrony Bank,     PO Box 530927,
                   Atlanta, GA 30353-0927
                                                                                                TOTAL: 34

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*              Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA  93062-5170
515553993*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                   (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                   PO Box 10390,    Greenville, SC 29603-0390)
516440518*       Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
515559229*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                   (address filed with court: Nationstar Mortgage LLC,     Attn: Bankruptcy Department,
                   PO Box 619096,    Dallas, Texas 75261-9741)
515567739*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                   (address filed with court: Portfolio Recovery Associates, LLC,     c/o Best Buy,    POB 41067,
                   Norfolk VA 23541)
518133186*       +SYNCHRONY BANK,    C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                   SEATTLE, WA 98121,    SYNCHRONY BANK,    C/O WEINSTEIN & RILEY, PS 98121-3132
518133185*       +SYNCHRONY BANK,    C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                   SEATTLE, WA 98121-3132
515316851        ##Best Buy Credit Services,    PO Box 183195,    Columbus, OH 43218-3195
                                                                                              TOTALS: 0, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Jessica M. Minneci    on behalf of Debtor Michael   Costa jminneci@middlebrooksshapiro.com
              Jessica M. Minneci    on behalf of Joint Debtor Catherine M. Costa jminneci@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Joint Debtor Catherine M. Costa jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Debtor Michael   Costa jshapiro@middlebrooksshapiro.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Joint Debtor Catherine M. Costa
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
```

```
District/off: 0312-2          User: admin               Page 3 of 3              Date Rcvd: May 08, 2019
                              Form ID: 3180W            Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Melinda D. Middlebrooks    on behalf of Debtor Michael  Costa middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
    R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
    R. A. Lebron    on behalf of Loss Mitigation    Bank of America Home Loans bankruptcy@feinsuch.com
    Sindi  Mncina    on behalf of Creditor    NATIONSTAR MORTGAGE LLC smncina@rascrane.com
                                            TOTAL: 12